*E-Filed: September 18, 2014*

**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

          Petitioner,

   v.

MEHDI GHAFOURIFAR,

          Respondent.

_____/

No. C14-03819 HRL

**ORDER TO SHOW CAUSE RE
ENFORCEMENT OF INTERNAL
REVENUE SERVICE SUMMONS**

Good cause having been shown by the petitioner upon the petition filed in the above-entitled proceeding, IT IS ORDERED THAT:

1.      Respondent Mehdi Ghafourifar shall appear before this court on **November 18, 2014, at 10:00 a.m.** in Courtroom No. 2, 5th Floor, United States District Court, 280 South First Street, San Jose, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summonses served upon respondent as alleged and set forth in the petition.

2.      Petitioner shall serve a copy of this Order to Show Cause, together with a copy of the petition, upon respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this order specified above.

3.      On or before **October 28, 2014**, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make.

4.      On or before **November 4, 2014**, petitioner may file and serve a written reply to such response, if any.

5.      All motions and issues raised by the pleadings will be considered on the return date of this order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this order.  Any uncontested allegation in the pleading will be considered admitted.

**IT IS SO ORDERED.**

Dated: September 18, 2014



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

2

**C14-03819 HRL** **Notice will be electronically mailed to:**

Michael G. Pitman        michael.pitman@usdoj.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**